UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., <br><br>       Plaintiff, <br><br>    v. <br><br> PHILIP MOYER, <br><br>       Defendant. | Case No. C19-1176RSM <br><br> CASE SCHEDULING ORDER |

Having reviewed the joint status report and request for proposed case management schedule submitted by the parties, the Court sets the following expedited briefing schedule:

| | |
|---|---|
| Plaintiff's opening brief due | August 23, 2019 |
| Defendant's opposition due | August 30, 2019 |
| Plaintiff's reply due | September 6, 2019 |
| Oral argument | September 12, 2019 at 10:00 a.m. |

DATED this 1st day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

CASE SCHEDULING ORDER - 1