IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MOYER, <br><br> Defendant. | Case No. 2:19-cv-1176-RSM <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 83.1(d)(2)** |

This matter is before the Court on Defendant's Unopposed Motion for Relief from certain requirements of this Court's Local Civil Rules. Dkt. #7. Specifically, Defendant's counsel seeks relief from Local Rule 83.1(d)(2) which requires that an attorney be admitted to practice before this Court and have a physical office within the geographic boundaries of the Western District of Washington to serve as local counsel in support of an admission pro hac vice. LCR 83.1(d)(2). Defendant's counsel, Tyler P. Francis, is admitted to practice before this Court but practices in Portland, Oregon, and does not maintain a physical office within the geographic boundaries of the Western District of Washington. Dkt. #8 at ¶¶ 3–4. Mr. Francis seeks to serve as local counsel on the Application of Joanna T. Perini-Abbott for Leave to Appear Pro Hac Vice in this matter. *Id.* at ¶ 7–8. Ms. Perini-Abbott and Mr. Francis are members of the same law firm. *Id.*

Having reviewed the unopposed motion and the remainder of the record, the Court finds and ORDERS that Mr. Francis is EXCUSED from the requirement that he maintain a physical office within the District to serve as local counsel in support the Application of Joanna T. Perini-Abbott for Leave to Appear Pro Hac Vice. Defense counsel shall properly file the Application along with the required fees and the Application will be ruled on in due course.

DATED this 5 day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE