The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MOYER, <br><br> Defendant. | No. 2:19-cv-01176-RSM <br><br> NOTICE OF SETTLEMENT NEGOTIATIONS AND STIPULATED MOTION TO STAY |

Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Philip Moyer, by and through their attorneys, jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**STIPULATION**

1. The parties are engaging in settlement negotiations to resolve this matter on mutually agreeable terms.

2. The parties request that the Court strike all remaining deadlines, including the Telephone Conference scheduled for December 4, 2019 at 1:30 PM, and stay this matter for 30 days to permit the parties to continue settlement negotiations.

3. At the conclusion of the stay, the parties will file a joint status report or stipulated motion to dismiss.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 2nd day of December, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: December 2, 2019
*/s/ Zana Bugaighis*
Brad Fisher, WSBA #19895
Zana Bugaighis, WSBA #43614
Jordan Clark, WSBA #49659
Davis Wright Tremaine LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700

Attorneys for Plaintiff Amazon.com, Inc.

DATED: December 2, 2019
*/s/ Tyler Francis*
Tyler P. Francis, WSBA #53533
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Tel: 503-954-2232
Fax: 503-227-0880

Attorneys for Defendant Philip Moyer

## **ORDER**

IT IS SO ORDERED.

DATED THIS 3 day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY
(No. 2:19-cv-01176-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax