IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MOYER, <br><br> Defendant. | Case No. 2:19-cv-1176-RSM <br><br> **JOINT STATUS REPORT AND MOTION AND ORDER TO EXTEND STAY** |

Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Philip Moyer, by and through their attorneys, jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**STIPULATION AND MOTION**

The parties have finalized a settlement agreement in this case and are preparing to file a voluntary dismissal this week. The parties therefore request that the Court continue tostay this matter until February 21, 2020

DATED this 17th day of February 2020.

JOINT STATUS REPORT AND
MOTION AND ORDER TO CONTINUE STAY - 1

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: February 17, 2020

*s/ Zana Bugaighis*
Brad Fisher, WSBA #19895
Zana Bugaighis, WSBA #43614
Jordan Clark, WSBA #49659
Davis Wright Tremaine LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700

Attorneys for Plaintiff Amazon.com, Inc.

DATED: February 17, 2020

*s/ Tyler Francis*
Tyler P. Francis, WSBA #53533
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Tel: 503-954-2232
Fax: 503-227-0880

Attorneys for Defendant Philip Moyer

## **ORDER**

IT IS SO ORDERED.

DATED THIS 19 day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND
MOTION AND ORDER TO CONTINUE STAY - 2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880