The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC.,

    Plaintiff,

v.

PHILIP MOYER,

    Defendant.

Case No. 2:19-cv-1176-RSM

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Philip Moyer, by and through their attorneys, jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**STIPULATION AND MOTION**

The parties continue to obtain signatures on a final settlement agreement and approval of a voluntary dismissal. Due to vacations, this process has been delayed. The parties therefore request that the Court continue to stay this matter until February 28, 2020

DATED this 20th day of February 2020.

//

//

JOINT STATUS REPORT AND
MOTION TO CONTINUE STAY - 1

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: February 20, 2020

*s/ Zana Bugaighis*
Brad Fisher, WSBA #19895
Zana Bugaighis, WSBA #43614
Jordan Clark, WSBA #49659
Davis Wright Tremaine LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700

Attorneys for Plaintiff Amazon.com, Inc.

DATED: February 20, 2020

*s/ Tyler Francis*
Tyler P. Francis, WSBA #53533
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Tel: 503-954-2232
Fax: 503-227-0880

Attorneys for Defendant Philip Moyer

## **ORDER**

IT IS SO ORDERED.

DATED THIS 25 day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND
MOTION TO CONTINUE STAY - 2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880