The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIP MOYER, <br><br> Defendant. | Case No. 2:19-cv-1176-RSM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amazon.com, Inc. ("Amazon") and Defendant Philip Moyer ("Moyer") stipulate and agree that they have settled this matter and the above captioned action shall be dismissed in its entirety with prejudice and without an award of fees or costs to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: February 28, 2020

*s/ Zana Bugaighis*
Brad Fisher, WSBA #19895
Zana Bugaighis, WSBA #43614
Jordan Clark, WSBA #49659
Davis Wright Tremaine LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700

Attorneys for Plaintiff Amazon.com, Inc.

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:19-cv-1176-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED: February 28, 2020

*s/ Tyler Francis*
Tyler P. Francis, WSBA #53533
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Tel: 503-954-2232
Fax: 503-227-0880

Attorneys for Defendant Philip Moyer

## **ORDER**

IT IS SO ORDERED.

DATED THIS ____ day of _____, 2020.

_____
The Honorable Ricardo S. Martinez
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon.com, Inc.*

*s/ Zana Bugaighis*
Brad Fisher, WSBA #19895
Zana Bugaighis, WSBA #43614
Jordan Clark, WSBA #49659
Davis Wright Tremaine LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700

STIPULATION OF DISMISSAL WITH PREJUDICE
(2:19-cv-1176-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax